UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| AMY BIRMINGHAM, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:22-cv-00119-SNLJ |
| FLASH MARKET, LLC, et al., | ) |
| Defendants. | ) |

## ORDER

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file, within sixty (60) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 12th day of April, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE