IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

**AMY BIRMINGHAM, REBECCA McLEROY**   **PLAINTIFFS**
**and LACHELLE ROBINSON**

vs.   No. 1:22-cv-119-ACL

**FLASH MARKET, LLC, and PFMFC, INC.,**   **DEFENDANTS**

## STIPULATION OF DISMISSAL OF PLAINTIFF AMY BIRMINGHAM WITHOUT PREJUDICE

Plaintiff Amy Birmingham and Defendants Flash Market, LLC, and PFMFC, Inc., by and through their undersigned counsel, for their Stipulation of Dismissal without Prejudice of Plaintiff Amy Birmingham, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby jointly stipulate to the dismissal of Plaintiff Amy Birmingham without prejudice.

2. The dismissal of Plaintiff Amy Birmingham is not intended to, and will not, affect the claims of any other Plaintiffs.

3. The Parties hereby stipulate to the dismissal of Plaintiff Amy Birmingham from this case without prejudice.

Page 1 of 3
Amy Birmingham, et al. v. Flash Market, LLC, et al.
U.S.D.C. (E.D. Mo.) No. 1:22-cv-119-ACL
Stipulation of Dismissal without Prejudice
of Plaintiff Amy Birmingham

Respectfully submitted,

**AMY BIRMINGHAM, ET AL., PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

and   **FLASH MARKET, LLC, and PFMFC, INC., DEFENDANTS**

JACKSON LEWIS P.C.
1 N. Brentwood Blvd, Ste. 1150
St. Louis, MO 63105
Telephone: (314) 827-3939
Facsimile: (314) 827-3940

*/s/ Andrew Kinghorn*
Andrew Kinghorn
No. 66006MO
andrew.kinghorne@jacksonlewis.com

*ATTORNEYS FOR SEPARATE DEFENDANT FLASH MARKET, LLC.*

QUATTLEBAUM, GROOMS, & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701

E. B. Chiles IV
Ark. Bar No. 96179
cchiles@ggtlaw.com

Page 2 of 3
Amy Birmingham, et al. v. Flash Market, LLC, et al.
U.S.D.C. (E.D. Mo.) No. 1:22-cv-119-ACL
Stipulation of Dismissal without Prejudice
of Plaintiff Amy Birmingham

        Joseph R. Falasco
        Ark. Bar No. 2002163
        jfalasco@qgtlaw.com

        */s/ S. Katie Calvert*
        S. Katie Calvert
        Ark. Bar No. 2019117
        kcalvert@qgtlaw.com

        *ATTORNEYS FOR SEPARATE*
        *DEFENDANT PFMFC, INC.*

**Page 3 of 3**
**Amy Birmingham, et al. v. Flash Market, LLC, et al.**
**U.S.D.C. (E.D. Mo.) No. 1:22-cv-119-ACL**
**Stipulation of Dismissal without Prejudice**
**of Plaintiff Amy Birmingham**