IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

**AMY BIRMINGHAM, REBECCA McLEROY**  **PLAINTIFFS**
**and LACHELLE ROBINSON**

vs.                          No. 1:22-cv-119-ACL

**FLASH MARKET, LLC, and PFMFC, INC.,**             **DEFENDANTS**

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiffs Rebecca McLeroy and Lachelle Robinson[1] and Defendants Flash Market, LLC, and PFMFC, Inc., hereby request approval of the settlement reached in this case. In support of this Motion, the Parties file the instant Memorandum in Support.

Respectfully submitted,

**REBECCA McLEROY and LACHELLE ROBINSON, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Center Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

---

[1] Plaintiff Amy Birmingham failed to sign and return the settlement and release agreement. The parties are filing a Joint Stipulation of Dismissal Without Prejudice with respect to Ms. Birmingham.

Page 1 of 2
Rebecca McLeroy, et al. v. Flash Market, LLC, et al.
U.S.D.C. (E.D. Mo.) No. 1:22-cv-119-ACL
Joint Motion for Approval of Settlement

and   **FLASH MARKET, LLC, and PFMFC INC., DEFENDANTS**

JACKSON LEWIS P.C.
1 N. Brentwood Blvd, Ste. 1150
St. Louis, MO 63105
Telephone: (314) 827-3939
Facsimile: (314) 827-3940

*/s/ Andrew Kinghorn*
Andrew Kinghorn
No. 66006MO
andrew.kinghorne@jacksonlewis.com

*ATTORNEYS FOR SEPARATE DEFENDANT FLASH MARKET, LLC.*

QUATTLEBAUM, GROOMS, & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701

E. B. Chiles IV
Ark. Bar No. 96179
cchiles@ggtlaw.com
Admitted Pro Hac Vice

*/s/ S. Katie Calvert*
S. Katie Calvert
Ark. Bar No. 2019117
kcalvert@ggtlaw.com
Admitted Pro Hac Vice

*ATTORNEYS FOR SEPARATE DEFENDANT PFMFC, INC.*

**Page 2 of 2**
**Rebecca McLeroy, et al. v. Flash Market, LLC, et al.**
**U.S.D.C. (E.D. Mo.) No. 1:22-cv-119-ACL**
**Joint Motion for Approval of Settlement**