Appendix - Settlement Allocation

| Name | FM Allocation | PFMFC Allocation |
|---|---|---|
| Mcleroy, Rebecca | $ - | $ 292.47 |
| Robinson, Lachelle | $ 422.48 | $ 90.77 |
| **TOTAL:** | **$ 422.48** | **$ 383.24** |