UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| AMY BIRMINGHAM, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 1:22-cv-00119-SNLJ |
| FLASH MARKET, LLC, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

This cause comes to be heard on Rebecca McLeroy's and Lachelle Robinson's ("Plaintiffs") and Flash Market, LLC's and PFMFC, Inc.'s (collectively, "Defendants") Joint Motion for Approval of Settlement (the "Motion"). The Court having been fully advised, reviewed and considered the Settlement, NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court has considered arguments concerning whether the proposed settlement of this litigation on the terms and conditions provided for in the Settlement Agreement ("Settlement Agreement") is a fair and reasonable compromise of a *bona fide* dispute between the Parties;

2. The Motion is granted;

3. The Court hereby approves the terms provided in the Settlement Agreement. The Settlement Agreement is the result of arm's length negotiations and provides substantial relief to Plaintiffs;

4. The amounts payable to Plaintiffs identified in the Motion are approved;

5. Attorneys' fees and costs payable to Plaintiffs' counsel have been separately negotiated between the Parties as contemplated by *Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 n.1 (8th Cir. 2019);

6. Plaintiffs' claims and this action are dismissed with prejudice. Each party shall bear their own fees and costs except as specified in the terms of the Settlement Agreement.

ENTERED:

Dated: July 21, 2023       BY:  _____
                                STEPHEN N. LIMBAUGH, JR.
                                UNITED STATES DISTRICT JUDGE